**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VINCENT MUGNOLO<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC., a Virginia for-profit corporation; R.J. REYNOLDS TOBACCO COMPANY, a North Carolina for-profit corporation; LIGGETT GROUP LLC, a Delaware for-profit limited liability corporation; and WALGREEN CO., an Illinois corporation,<br><br>Defendants. | Case No. 1:26-cv-02852<br><br>Hon. Sunil R. Harjani |

**DEFENDANT WALGREEN CO.'S**
**<u>12(B)(6) PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendant Walgreen Co. ("Walgreens"), by and through its undersigned counsel, hereby submits its Partial Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, Walgreens moves to dismiss Plaintiff's claims for negligence (Count VIII) and strict liability (Count IX) against Walgreens. The grounds for Walgreens' motion are set forth fully in the accompanying Memorandum of Law in Support of Walgreens' Partial Motion to Dismiss Plaintiff's Complaint. For the reasons set forth therein, Walgreens respectfully requests this Court to dismiss Counts VIII and IX of Plaintiff's Complaint.

In accordance with the Court's meet-and-confer requirement as applicable to all motion practice, counsel for Walgreens met and conferred in good faith with counsel for Plaintiff via e-mail and telephone on April 17, 2026 in an effort to resolve or narrow the issues set forth in this Motion. Plaintiff opposes the Motion.

Dated: April 17, 2026

Respectfully submitted,

*/s/ José A. Isasi, II*
José A. Isasi, II
Jihan E. Walker
JONES DAY
110 N. Wacker Dr., Ste 4800
Chicago, IL 60606
T: (312) 782-3939
F: (312) 782-8585
Email: jisasi@jonesday.com
Email: jihanwalker@jonesday.com

***Attorneys for Defendants Walgreen Co. and R.J. Reynolds Tobacco Company***

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026, I caused a copy of the foregoing to be served via the Court's CM/ECF electronic filing system, which will notify all counsel of record.

*/s/ José A. Isasi, II*
José A. Isasi, II